

**FILED**

09/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0465

_____

SIEBEN RANCH COMPANY,

    Plaintiff and Appellee,

v.

RANDALL G. ADAMS, a/k/a/ RANDY ADAMS,
a/k/a/ RAY ADAMS; and LEE McDONALD,

    Defendants and Appellants.

_____

**FILED**

SEP 21 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Appellants Randall G. Adams and Lee McDonald filed a Petition for Rehearing of Amended Opinion/Order on August 18, 2021, and August 13, 2021, respectively. Appellee Sieben Ranch Company has not filed a response.

    M. R. App. P. 20 provides that this Court will consider a petition for rehearing only if the Court's opinion overlooked a material fact or a question presented that would have proven decisive to the case, or the decision conflicts with a statute or controlling decision not yet addressed by the Court. This Court has reviewed the Petitions for Rehearing and has determined that the Petitions for Rehearing do not satisfy any of the criteria in M. R. App. P. 20.

    IT IS ORDERED that the Petitions for Rehearing are DENIED.

    The Clerk is directed to provide a copy of this Order to all counsel of record.

    DATED this 21st day of September, 2021.

_____

_____

_____
Justices